**IN THE UNITED STATES COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CHERYL LEHR,**                                              Case No.  8:14-CV-2099-T-33-MAP

    **Plaintiff,**

v.

**SECURE CAPITAL MANAGEMENT, INC.,**

    **Defendant(s).**
_____/

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT SECURE CAPITAL MANAGEMENT, INC.**

    **COMES NOW**, Plaintiff, **CHERYL LEHR** ("Plaintiff"), by and through the undersigned counsel, pursuant to Fed R. Civ. P. 55(b)(1), for the entry of a judgment by default against the Defendant, Secure Capital Management, Inc. and states:

1.) On August 26, 2014, the Plaintiff filed a Complaint for injunctive and other relief against SCM.

2.) On October 6, 2014, clerk's default was entered against SCM.

3.) Plaintiff requests hearing to determine the amount of unliquidated damages.

    **WHEREFORE**, the Plaintiff moves the Court for entry of Default Judgment, and requests hearing thereon to determine the amount of unliquidated damages.

Dated:   October 24, 2014           Respectfully Submitted,

                                                By:   */s/  Michael A. Ziegler*

                                                      Michael A. Ziegler, Esq.
                                                      FBN:  74864
                                                      Law Office of Michael A. Ziegler, P.L.
                                                      13575 58th Street North, Suite 129
                                                      Clearwater, FL 33760
                                                      (p)  (727) 538-4188
                                                      (f)  (727) 362-4778
                                                      mike@zieglerlawoffice.com