IN THE UNITED STATES COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHERYL LEHR,                                             CASE No. 8:14-cv-02099-VMC-MAP

    Plaintiff,

V.

SECURE CAPITAL MANAGEMENT, INC.,

    Defendant(s).
_____/

## PLAINTIFF'S COUNSEL'S AFFIDAVIT OF FEES

COMES NOW Counsel for the Plaintiff, Michael A. Ziegler, Esq., and submits his Affidavit of Fees in this action as follows:

1. Counsel was retained pursuant to a written representation agreement on August 5, 2014 (the agreement shall hereafter be referred to as "Agreement").

2. A copy of the Agreement is not attached hereto to protect the terms of representation between Plaintiff and Counsel. However, Counsel can produce a copy to the Court upon request.

3. Counsel has expended the following time in this Action:

| Timekeeper | Hourly Rate | Total Time (hrs) |
|---|---|---|
| Michael A. Ziegler | $300 | 10.5 |
| Christine N. Failey | $300 | 0.7 |
| Kaelyn Steinkraus (law clerk) | $150 | 5 |
| Denise G. Newton (paralegal) | $100 | 1.9 |
| Jamie L. McKee (paralegal) | $100 | 2 |

4. The time set out above is itemized per Exhibit "1."

5. Had Counsel billed this case on an hourly basis, his fees would be $ **4,500.00**.

THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

_____
Michael A. Ziegler, Esq.
FBN: 74864
Law Office of Michael A. Ziegler, P.L.
13575 58th Street North, Suite 129
Clearwater, FL 33760
(p) (727) 538-4188
(f) (727) 362-4778
mike@zieglerlawoffice.com

The foregoing instrument was subscribed and sworn before me on this 24th day of October, 2014, by Michael A. Ziegler who is personally known to me or produced _____ as identification.

_____
Notary Public

JAMIE LEE MCKEE
Notary Public - State of Florida
My Comm. Expires Apr 2, 2018
Commission # FF 109089

JAMIE LEE MCKEE
Notary Public - State of Florida
My Comm. Expires Apr 2, 2018
Commission # FF 108095