IN THE UNITED STATES COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHERYL LEHR,                         Case No. 8:14-CV-02099-VMC-MAP

    Plaintiff,

v.

SECURE CAPITAL MANAGEMENT, INC.,

    Defendant(s).

_____/

## AFFIDAVIT AS TO REASONABLE ATTORNEYS FEES

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

    Before me, the undersigned authority, personally appeared LIOR SEGAL, ESQ., upon first being duly sworn on oath, deposes and says:

1. I am an attorney at law duly authorized to practice in the State of Florida and have been active in the practice of law in Florida since May 1, 2007. I regularly practice in Pinellas County, Florida, so I am personally familiar with the fees usually allowed parties for the services of their attorneys in suits of the kind and nature in which this affidavit is to be filed.

2. I am familiar with Rule 4-1.5(b) of the Rules Regulating the Florida Bar, and have taken into consideration the factors set forth in such Rule for the determination of reasonable attorney's fees.

3. I am also familiar with and have considered the dictates of the Florida Supreme Court in the case of *Florida Patient's Compensation Fund v. Rowe*, 472 So. 2d 1145 (Fla. 1985) as cited by *Rynd v. Nat'l Mutual Fire Insurance Co.*, 2012 WL 939387 (M.D. Fla. Jan.

25, 2012) for the determination of reasonable attorney's fees.

4. In arriving at my opinion of the value of reasonable attorney's fees in this action, I have utilized and considered the following criteria:

   a. The time and labor required, the novelty, complexity, and difficulty of the questions involved and the skill requisite to perform the legal services properly;
   b. The likelihood that the acceptance of the particular employment will preclude other employment by the lawyer;
   c. The fees or rate of fee customarily charged in the locality for services of a comparable or similar nature;
   d. The amount involved and the results obtained;
   e. The time limitations imposed by the client or by the circumstances;
   f. The nature and length of the professional relationship with the client;
   g. The experience, reputation and ability of the lawyer or lawyers performing the services; and
   h. Whether the fee is fixed or contingent.

5. In determining my opinion, I reviewed the time records kept by Michael Ziegler, Esq. I have not reviewed the case file.

6. Based upon my review, it my opinion that **$4,500.00** is a reasonable attorney's fee.

FURTHER AFFIANT SAYETH NAUGHT

FBN: 37837

The foregoing instrument was subscribed and sworn before me on this 24th day of October, 2014, by Lior Segal, Esq. who is personally known to me or produced _____ as identification.

JAMIE LEE MCKEE
Notary Public - State of Florida
My Comm. Expires Apr 2, 2018
Commission # FF 109089

Notary Public

JAMIE LEE MCKEE
Notary Public - State of Florida
My Comm. Expires Apr 2, 2018
Commission # FF 109069